IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

WILLIS WILLIAMS,
ADC #88363                                                                                      PLAINTIFF

2:09CV00094JMM/HLJ

T. COX, et al.                                                                                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's complaint against defendants is DISMISSED without prejudice for failure to state a claim.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 28th day of August, 2009.


_____
UNITED STATES DISTRICT JUDGE