IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

WILLIS WILLIAMS,
ADC #88363                                                                                              PLAINTIFF

2:09CV00094JMM/HLJ

T. COX, et al.                                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to state a claim. The relief sought is denied.

IT IS SO ADJUDGED this 28th day of August, 2009.


_____
UNITED STATES DISTRICT JUDGE